# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE LUIS CORDOVA, A/K/A MARIO RODRIGUEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 82281

FILED

JAN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for appointment of attorney. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for appointment of attorney, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Chief Judge, Eighth Judicial District Court
Jose Luis Cordova
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

21-01907